UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREVION SPRINGER,

          Plaintiff,

v.

KIRCHHOFF AUTOMOTIVE
USA, INC.,

          Defendant.
                                      /

Case No. 2:23-cv-10350

HONORABLE STEPHEN J. MURPHY, III

## ORDER GRANTING JOINT MOTION
## TO STAY CASE [7] AND ADMINISTRATIVELY CLOSING THE CASE

The parties jointly moved to stay the case "pending the outcome of *Clark, et al. v. A&L Home Care and Training Center, LLC. et al.* Sixth Circuit Case No. 22-3101, relating to the two-step conditional certification process." ECF 7, PgID 54. The parties attached a tolling agreement to the motion, in which they agreed to toll the relevant limitations "period beginning on March 27, 2023 through the date this Court lifts the Stay in this matter following the Sixth Circuit Court of Appeals' final determination in *Clark, et al. v. A&L Home Care and Training Center, LLC, et al.* Sixth Circuit Case No. 22-3101, including any *en banc* reconsideration, for the following putative collective class: All former and current hourly manufacturing employees of Defendant between March 27, 2020 and the present." *Id.* at 55; *see* ECF 7-1 (tolling agreement). Because the pending Sixth Circuit case could change the analysis of any conditional certification briefing by the parties or the outcome of any conditional certification order by the Court, the Court will grant the parties' joint motion to stay the case until

1

the *Clark* appeal is resolved. The Court will also order the Clerk of the Court to administratively close the case during the stay. Either party may move to lift the stay and reopen the case after the *Clark* appeal is resolved or if, in the interim, any issue arises that requires a Court ruling.

**WHEREFORE**, it is hereby **ORDERED** that the parties' joint motion to stay the case [7] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the court must **ADMINISTRATIVELY CLOSE** the case during the pendency of the stay.

**IT IS FURTHER ORDERED** that the scheduling conference set for March 29, 2023 is **CANCELLED**. The conference will be rescheduled at a later date.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: March 30, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 30, 2023, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager